IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| ESTATE OF JAIMESON CODY, Deceased, DANIEL CODY, Individually and as administrator of the Estate of JAIMESON CODY, Deceased<br><br>Plaintiff,<br><br>vs.<br><br>SANGAMON COUNTY, ANDREW VAN METER, CHAIRMAN; JACK CAMPBELL, SANGAMON COUNTY SHERIFF'S DEPARTMENT; JACK CAMPBELL, SHERIFF OF SANGMON COUNTY; LARRY BECK, JAIL SUPERINTENDENT; SGT. CODY GRIGSBY, CO; KYLE MEYER, CO; SCOTT MEYER, C.O.; NICHOLAS ORTEGA, CO; ADVANCED CORRECTIONAL HEALTHCARE, JOHN B. KLING, LPN; OTHER UNKNOWN SANGAMON COUNTY EMPLOYEES and/or AGENTS; and EMPLOYEES and/or AGENTS OF ADVANCED CORRECTIONAL HEALTHCARE,<br><br>Defendants. | Case No. 22-cv-03065 |

## Notice of Service of Discovery Documents

I hereby certify that on **September 1, 2022**, I electronically filed this **Notice of Service of Discovery Documents** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Sharon D. Elvidge Kelley                *Attorneys for Plaintiff*
Ahsan Kelly Law LLC
Sha@ahsankelley.com

Jon D. Robinson
Bolen, Robinson & Ellis, LLP
jrobinson@brelaw.com

Andrew M. Wessler
Bolen, Robinson & Ellis, LLP
awessler@brelaw.com

Anthony Daniel Schuering    *Attorneys for County Defendants*
Brown Hay & Stephens LLP
aschuering@bhslaw.com

Dylan Grady
Brown Hay & Stephens LLP
dgrady@bhslaw.com

And I hereby certify that on **September 1, 2022**, I emailed true copies of the following discovery documents to the above-listed counsel of record:

**Defendants' ACH & John Kling's Initial Rule 26.1 Disclosures**

                                  ADVANCED CORRECTIONAL
                                  HEALTHCARE and JOHN B. KLING,
                                  LPN, Defendants

                       By:   *s/ Peter R. Jennetten*
                                QUINN JOHNSTON

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
Betsy A. Wirth (ARDC No. 6298163)
bwirth@quinnjohnston.com
Samuel J. Perkins (Illinois Bar No. 6321283)
sperkins@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

4888-8899-6657, v. 2