IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| ESTATE OF JAIMESON CODY, *et. al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-03065 |
| | ) | |
| SANGAMON COUNTY, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I HEREBY CERTIFIED that on October 3, 2023, I electronically filed this Notice of Service of Discovery Documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter R. Jennetten
QUINN, JOHNSTON
pjennetten@quinnjohnston.com

Dylan Grady
Brown, Hay & Stephens, L.L.P.
dgrady@bhslaw.com

Anthony Daniel Schuering
Brown, Hay & Stephens, L.L.P.
aschuering@bhslaw.com

And I hereby certify that on October 3, 2023, I emailed true, correct copies of the PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS and INTERROGATORIES DIRECTED TO LARRY BECK, JACK CAMPBELL, CODY GRIGSBY, K. MEYER, S. MEYER and N. ORTEGA.

**DANIEL CODY, as Administrator of the Estate of JAIMESON CODY, deceased, and as next-of-kin,**
Plaintiff,

By: /s/ Sharon D. Elvidge Kelley
Sharon D. Elvidge Kelley ARDC No. 6193792
AHSAN KELLEY LAW, LLC
415 South 7th Street
Springfield, Illinois  62701
Telephone:  (217)535-1000
Facsimile:  (217)727-8760
Email:  Sha@ahsahkelley.com

By: /s/ Jon D. Robinson
Jon D. Robinson, ARDC No. 2356678
BOLEN, ROBINSON & ELLIS, LLP
202 South Franklin St., 2nd Floor
Decatur, Illinois  62523
Telephone:  (217)429-4296
Facsimile:  (217)329-0034
Email:  jrobinson@brelaw.com

By: /s/ Andrew M. Wessler
Andrew M. Wessler, ARDC No. 6310462
BOLEN, ROBINSON & ELLIS, LLP
202 South Franklin St., 2nd Floor
Decatur, Illinois  62523
Telephone:  (217)429-4296
Facsimile:  (217)329-0034
Email:  awessler@brelaw.com

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused a copy of the foregoing document to be served this 3rd day of October 2023, upon the following:

Dylan Grady: dgrady@bhslaw.com; calexander@bhslaw.com; jfuchs@bhslaw.com; vkennedy@bhslaw.com; aschuering@bhslaw.com

Peter R Jennetten: pjennetten@quinnjohnston.com; kpendry@quinnjohnston.com

(X)  Via electronic filing with the Clerk of the Court using the CM/ECF system
(X)  By emailing a copy to whom it is directed at their last known e-mail address.

By: /s/ Sharon D. Elvidge Kelley
Sharon D. Elvidge Kelley ARDC No. 6193792